IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| JOHN A. HALEY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 2:16-CV-909-WKW |
| | ) | [WO] |
| MEGAN J. BRENNAN, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

## **ORDER**

On September 18, 2017, the Magistrate Judge filed a Recommendation (Doc. # 28) to which no timely objections have been filed. Upon an independent review of the record and upon consideration of the Recommendation, it is ORDERED that:

1. The Magistrate Judge's Recommendation (Doc. # 22) is ADOPTED;

2. This case is DISMISSED without prejudice for Plaintiff's failure to comply with the orders of this court.

A final judgment will be entered separately.

DONE this 17th day of October, 2017.

                                          /s/ W. Keith Watkins
                                CHIEF UNITED STATES DISTRICT JUDGE